**ORIGINAL**



FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT - 6 2020

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. 1:20-CR-379 |
| EDDIE LITTLE, A/K/A E;<br>LEVETTE TERRELL, A/K/A DRE;<br>ANTOINE SELLERS,<br>  A/K/A TONY;<br>ANDRE FAULKS, A/K/A DRE;<br>DERRICK SMARR; AND<br>ROBERT ANDREW THURMAN,<br>  A/K/A DREW | |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown, but at least as of on or about May 30, 2018, and continuing until on or about September 25, 2018, in the Northern District of Georgia and elsewhere, the defendants,

EDDIE LITTLE, a/k/a E,
LEVETTE TERRELL, a/k/a DRE,
ANTOINE SELLERS, a/k/a TONY,
ANDRE FAULKS, a/k/a DRE,
DERRICK SMARR, and
ROBERT ANDREW THURMAN, a/k/a DREW

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other, with Charles BELCHER, a/k/a CB, and with other persons, known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent

to distribute a controlled substance, said conspiracy involving at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of cocaine, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States, Section 846.

### Prior Conviction Notices

Before the defendant, LEVETTE TERRELL, a/k/a DRE, committed the offense charged in Count One of this Indictment, LEVETTE TERRELL, a/k/a DRE was convicted of Trafficking in Cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before the defendant, ANTOINE SELLERS, a/k/a TONY, committed the offense charged in Count One of this Indictment, ANTOINE SELLERS, a/k/a TONY was convicted of Attempting to Possess with the Intent to Distribute Cocaine and Marijuana, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before the defendant, ROBERT ANDREW THURMAN, a/k/a DREW, committed the offense charged in Count One of this Indictment, ROBERT ANDREW THURMAN, a/k/a DREW was convicted of Conspiracy to Possess With Intent to Distribute Cocaine and Cocaine Base and Possession With Intent to

2

Distribute Cocaine and Cocaine Base, serious drug felonies, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to those offenses within 15 years of the commencement of the instant offense.

## Count Two

On or about August 3, 2018, in the Northern District of Georgia and elsewhere, the defendants,

EDDIE LITTLE a/k/a E,<br>
ANTOINE SELLERS a/k/a TONY<br>
ANDRE FAULKS a/k/a DRE, and<br>
DERRICK SMARR,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## Prior Conviction Notice

Before the defendant, ANTOINE SELLERS a/k/a TONY, committed the offense charged in Count Two of this Indictment, ANTOINE SELLERS a/k/a TONY was convicted of Attempting to Possess with the Intent to Distribute Cocaine and Marijuana, a serious drug felony, for which he served more than 12

months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## Count Three

On or about August 16, 2018, in the Northern District of Georgia and elsewhere, the defendants,

EDDIE LITTLE a/k/a E,
ANDRE FAULKS a/k/a DRE, and
DERRICK SMARR,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## Count Four

On or about September 25, 2018, in the Northern District of Georgia and elsewhere, the defendants,

EDDIE LITTLE a/k/a E,
ANTOINE SELLERS a/k/a TONY
ANDRE FAULKS a/k/a DRE, and
DERRICK SMARR,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 100 grams of a mixture and substance

4

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Prior Conviction Notice

Before the defendant, ANTOINE SELLERS a/k/a TONY, committed the offense charged in Count Four of this Indictment, ANTOINE SELLERS a/k/a TONY was convicted of Attempting to Possess with the Intent to Distribute Cocaine and Marijuana, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### Count Five

On or about September 25, 2018, in the Northern District of Georgia, the defendants,

EDDIE LITTLE a/k/a E, and
LEVETTE TERRELL a/k/a DRE,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Prior Conviction Notice

Before the defendant LEVETTE TERRELL a/k/a DRE committed the offense charged in Count Five of this Indictment, LEVETTE TERRELL a/k/a DRE was convicted of Trafficking in Cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

### Count Six

On or about October 9, 2018, in the Northern District of Georgia, the defendant,

ROBERT ANDREW THURMAN a/k/a DREW,

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846, and Title 18, United States Code, Section 2.

### Prior Conviction Notice

Before the defendant, ROBERT ANDREW THURMAN a/k/a DREW, committed the offense charged in Count Six of this Indictment, ROBERT ANDREW THURMAN a/k/a DREW was convicted of Conspiracy to Possess

With Intent to Distribute Cocaine and Cocaine Base and Possession With Intent to Distribute Cocaine and Cocaine Base, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## Forfeiture

Upon conviction of one or more of the controlled substance offenses alleged in this Indictment, the defendants, EDDIE LITTLE a/k/a E, LEVETTE TERRELL a/k/a DRE, ANTOINE SELLERS a/k/a TONY, DERRICK SMARR, ANDRE FAULKS a/k/a DRE, and ROBERT ANDREW THURMAN a/k/a DREW shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to, the following:

(a) MONEY JUDGMENT:    A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendants are convicted.

(b) VEHICLES:

(1) 2016 Chevrolet Malibu, VIN 1G11E5SA2GF154086.

(2) 2010 Chevrolet Silverado 1500, VIN 1GCSCTE0XAZ144615.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

A _____*True*_____ BILL

_____
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

TERESA STOLZE
  *Assistant United States Attorney*
Georgia Bar No. 141666

CALVIN A. LEIPOLD, III
  *Assistant United States Attorney*
Georgia Bar No. 442379


600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181