AO 442 (12/85) Warrant for Arrest

USMS: 12081-509
FIn: 11185628
original

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

DERRICK SMARR
AGENT TO ARREST

WARRANT FOR ARREST

CASE NO. 1:20-CR-379 MCB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 19 2020

JAMES N. HATTEN, Clerk
Deputy Clerk

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DERRICK SMARR and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Conspiracy Possession with Intent to Distribute a Controlled Substance; Possession with intent to distribute a controlled substance;

in violation of **Title 21, United States Code, Section(s) 841(a)(1) and 841(b)(1)(B) & 846,**

JAMES N. HATTEN
Name of Issuing Officer

Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

October 7, 2020 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 10/7/2020

Name and Title of Arresting Officer: Tyrone Lawson, Agent

Date of Arrest: 10/15/2020

Signature of Arresting Officer

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
|---|---|
| vs. | |
| DERRICK SMARR | CASE NO. 1:20-CR-379 |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

| DEFENDANT'S NAME: | |
|---|---|
| ALIAS: | |
| LAST KNOWN RESIDENCE: | |
| LAST KNOWN EMPLOYMENT: | |
| PLACE OF BIRTH: | |
| DATE OF BIRTH: | |
| SOCIAL SECURITY NUMBER: | |
| HEIGHT: | WEIGHT: |
| SEX: | RACE: |
| HAIR: | EYES: |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: | |
| FBI NUMBER: | |
| COMPLETE DESCRIPTION OF AUTO: | |
| INVESTIGATIVE AGENCY AND ADDRESS: | |